**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

David G. Velde, as Trustee of the
Daniel S. Miller Bankruptcy Estate,

        Plaintiff,

vs.

Nick Hagen,

        Defendant.        Civ. No. 06-2285 (RHK/RLE)

**ORDER FOR DISMISSAL**

Based upon the Stipulation of Dismissal (Docket No. 7),

**IT IS ORDERED** that the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated : February 15, 2007

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge